THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jeramy
 Williams, Appellant.
 
 
 

Appeal From Allendale County
 R. Markley Dennis, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-142
Submitted March 3, 2008  Filed March 4,
 2008   
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor I. McDuffie Stone, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Jeramy Williams appeals his
 convictions for distribution of crack cocaine and distribution of crack cocaine
 near a park.  Williams claims the trial court erred when denying his motion for
 a directed verdict because the State failed to present evidence of the
 offenses.  Williams counsel
 attached a petition to be relieved, stating he reviewed the record and
 concluded this appeal lacks merit.  Williams filed a pro se brief.  In his pro se brief, Williams raises the same issue argued by his counsel.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Williams appeal and grant counsels
 motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, SHORT and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.